IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


JAMES MUNSON                                                                                   PLAINTIFF

      v.                            Civil No. 6:09-cv-06005

JON MOUROT, RSVP Counselor,
Ouachita River Correctional Unit (ORCU);
CLEO SMITH, RSVP Director, ORCU;
MS. GENTRY, RSVP Counselor, ORCU;
MS. WRIGHT, RSVP Counselor, ORCU;
MS. BOWMAN, RSVP Counselor, ORCU;
MS. JONES, RSVP Counselor, ORCU;
MS. HUGHES, RSVP Counselor, ORCU;
MS. GUNTER, RSVP Counselor, ORCU;
DALE REED, Warden, ORCU; LARRY MAY,
Assistant Director, Arkansas Department of
Correction (ADC); and SHANNON PORCHIA,
RSVP Counselor, ORCU, all sued in both their
individual and official capacities                                                         DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, James Munson (hereinafter Munson), filed this action pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*.

On June 9, 2011, Defendants filed a motion for summary judgment (ECF No. 25, ECF No. 26 & ECF No. 27). On June 13, 2011, an order (ECF No. 28) was entered directing Munson to complete an attached notice regarding the summary judgment motion. The notice required Munson to state whether he would file a response to the summary judgment motion on his own or was requesting the Court's assistance by the preparation of a questionnaire.

Munson was directed to return the attached notice by June 30, 2011. Munson was advised (ECF No. 28) that if he failed to return the attached notice by June 30th, the case would be subject to summary dismissal for failure to obey the order of this Court and failure to prosecute this action.

To date, Munson has not returned the notice. He has not requested an extension of time to file the notice. The Court's order was sent to the address contained on the docket sheet. This address was provided to the Court by Munson. The order and attached notice have not been returned as undeliverable.

I therefore recommend that this case be dismissed based on Munson' failure to obey the order of the court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

**DATED this 14th day of September 2011**.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE