```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

JAMES MUNSON                                              PLAINTIFF

      V.                    Civil No. 09-6005

JON MOUROT, *et al.*                                     DEFENDANTS

                            O R D E R

On this 7th day of October 2011, there comes on for consideration the report and recommendation filed in this case on September 14, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 29). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                            /s/ Robert T. Dawson
                            Honorable Robert T. Dawson
                            United States District Judge